COMMONWEALTH of Pennsylvania, Respondent

v.

Darren EADES, Petitioner

No. 338 EAL 2017

Supreme Court of Pennsylvania.

December 13, 2017

## ORDER

PER CURIAM

AND NOW, this 13th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Clinton HITNER, Petitioner

No. 479 MAL 2017

Supreme Court of Pennsylvania.

December 13, 2017

## ORDER

PER CURIAM

AND NOW, this 13th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Jessie L. KLINE, Sr., Petitioner

No. 473 MAL 2017

Supreme Court of Pennsylvania.

December 13, 2017

## ORDER

PER CURIAM

AND NOW, this 13th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.